IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KELLY MARSEY,**

    **Plaintiff,**

v.   Case No. 4:20-cv-262-AW-MJF

**STATE BOARD OF**
**ADMINISTRATION OF FLORIDA,**

    **Defendant.**
_____/

## JUDGMENT

Counts I and II are resolved on summary judgment. Those claims are dismissed on the merits, with Plaintiff taking nothing. Count III is dismissed without prejudice because the court declines to exercise supplemental jurisdiction. Count IV is dismissed without prejudice based on Eleventh Amendment immunity.

                                              JESSICA J. LYUBLANOVITS
                                              CLERK OF COURT

November 19, 2021                                                *s/ TiAnn Stark*
Date                                                                   Deputy Clerk: TiAnn Stark